FILED IN OPEN COURT
2/14/08 KJC

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 08- 39M |
| NELSON A. ADIBE, | ) FILED UNDER SEAL |
| Defendant. | ) ) |

### MOTION AND ORDER TO UNSEAL

**NOW COMES** the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Christopher J. Burke, Assistant United States Attorney, and hereby moves this Court to unseal the original Criminal Complaint and accompanying affidavit in this matter.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: *Christopher J. Burke*
Christopher J. Burke
Assistant United States Attorney

Dated: February 14, 2008

\* \* \*

**AND NOW**, this ___14___ day of February, 2008, upon the foregoing motion, **IT IS ORDERED** that the Criminal Complaint and affidavit in the above-referenced case be **UNSEALED**.

_____
The Honorable Mary Pat Thynge
United States Magistrate Judge