◆AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____  DELAWARE

UNITED STATES OF AMERICA

V.

NELSON A. ADIBE,

**WARRANT FOR ARREST**

Case Number: 08-39-M

SEALED (crossed out) Unsealed on 2/14/08

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    NELSON A. ADIBE
                                         Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with  (brief description of offense)

BANK FRAUD, et al.

in violation of Title ___18, et al.,___ United States Code, Section(s) ___1344, et al.___

PETER T. DALLEO                           [signature] - Deputy Clerk
Name of Issuing Officer                    Signature of Issuing Officer

CLERK OF COURT                            at WILMINGTON, DE
Title of Issuing Officer                   Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

Rosedale, MD 21237

| DATE RECEIVED 2/13/08 | NAME AND TITLE OF ARRESTING OFFICER Kenny Freeland Postal Inspector | SIGNATURE OF ARRESTING OFFICER [signature] |
|---|---|---|
| DATE OF ARREST 2/14/08 | | |