IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NELSON ADIBE, )<br>)<br>Defendant. ) | Case No. CR 08-42 |

### ARRAIGNMENT BY PRIOR PLEADING

To:   Clerk, U.S. District Court
      District of Delaware
      844 North King Street
      Room 4209
      Wilmington, DE 19801

In accordance with Federal Rule of Criminal Procedure Rule 10, defendant avers the following:

1. Defendant has received a copy of the indictment in this matter.

2. Defendant waives formal reading of the charges in open court

3. Defendant hereby enters a plea of not guilty to the charges.

4. Defendant elects to be tried by a jury of his peers.

March 20, 2008                    /s/ Nelson Adibe
                                  Defendant

Case 1:08-cr-00042-JJF   Document 15   Filed 03/20/2008   Page 2 of 3

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICY OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CR 08-42 |
| NELSON ADIBE, | ) ) ) |
| Defendant. | ) ) |

### CERTIFICATE OF SERVICE

I, Charles E. Butler, attorney in the above-captioned action do hereby certify that on March 20, 2008, I served a copy of the foregoing Waiver of Arraignment via electronic filing to:

Christopher J. Burke, AUSA
U.S. Attorney's Office
1007 Orange Street, Suite 700
P. O. Box 2046
Wilmington, DE 19899-2046

/s/ Charles E. Butler
CHARLES E. BUTLER