IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 08-042 JJF |
| NELSON A. ADIBE, | : |
| Defendant. | : |

### O R D E R

WHEREAS, no pretrial motions are pending in the above-captioned matter;

NOW THEREFORE, IT IS HEREBY ORDERED that a conference pursuant to Federal Rule of Criminal Procedure 17.1 will be held on **May 7, 2008 at 2:30 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. Because this conference is intended for scheduling only, the appearance of Defendant is not required by the Court.

April 9, 2008
DATE

UNITED STATES DISTRICT JUDGE