IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 08-042 JJF |
| NELSON ADIBE, | : | |
| Defendant. | : | |

**O R D E R**

WHEREAS, on May 7, 2008, the Court held a scheduling conference;

WHEREAS, counsel agreed to hold a second scheduling conference in approximately sixty (60) days;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) A conference pursuant to Federal Rule of Criminal Procedure 17.1 will be held on **July 8, 2008 at 12:45 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.  Because this conference is intended for scheduling only, the appearance of Defendant is not required by the Court.

2) The time between May 7, 2008 and July 8, 2008, shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.)

May 15, 2008
DATE

UNITED STATES DISTRICT JUDGE